**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000346**
**20-JAN-2023**
**08:31 AM**
**Dkt. 19 OAWST**

NO. CAAP-22-0000346

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RUSSELL ASUEGA, aka RUSSELL PENIAMINA ASUEGA, Defendant-Appellee,
and SCOTT'S BAIL BONDS, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC190000823)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon consideration of the October 3, 2022 Notice of Withdrawal of Appeal (motion) by Real Party in Interest Scott's Bail Bonds LLC and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, pursuant to Hawaiʻi Rule of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, January 20, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge